USDC SCAN INDEX SHEET










```
JRL    7/8/98    7:59
3:98-CV-00885   SECURITY ASSETS V. AMERIWEST
*17*
*AMDM.*
```

| | |
|---|---|
| 1 | Mark P. Wine, #189897 |
| | **OPPENHEIMER WOLFF & DONNELLY LLP** |
| 2 | 2029 Century Park East, Suite 3800 |
| | Los Angeles, CA 90067 |
| 3 | (310) 788-5000 |
| 4 | Jerome A. Miranowski |
| | Gustav A. Larsson |
| 5 | **OPPENHEIMER WOLFF & DONNELLY LLP** |
| | 3400 Plaza VII Building |
| 6 | 45 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| 7 | |
| 8 | Attorneys for Defendant |
| | **FOURSCORE RESOURCE CAPITAL and** |
| | **ROGER KNAUF** |

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY ASSETS CREDIT CORP., a California Corporation and sometimes doing business as FDIC MANAGEMENT FUND 37.5M<br><br>Plaintiff,<br><br>vs.<br><br>AMERIWEST ENTERPRISES, INC., an Oregon Corporation; WILLIAM M. EVANS, an individual; COLLINS FINANCIAL SERVICES, INC., a Texas Corporation; and FOURSCORE RESOURCE CAPITAL, a Minnesota Limited Liability Company; WALTER COLLINS, an individual; ROGER KNAUF, an individual,<br><br>Defendant. | Case No. '98 CV 885S (POR)<br><br>**FOURSCORE AND KNAUF'S AMENDED NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2) F.R.C.P.**<br><br>Date: August 3, 1998<br>Time: 10:30 a.m.<br>Court: The Hon. Marilyn Huff |

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 3, 1998 at 10:30 a.m., or as soon thereafter as it may be heard, in Courtroom One of the above-entitled Court located at 312 North Spring Street, Los Angeles, California 90012, Defendants, Fourscore Resource Capital ("Fourscore") and Roger Knauf ("Knauf") will and hereby does move to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(6).

-1-

This motion will be based upon this Notice and upon all of the pleadings (and their attachments), records, and papers on file in this action and such other argument which may be considered by the Court in connection with this motion.

Dated: July 1, 1998

OPPENHEIMER WOLFF & DONNELLY LLP

By /s/ Mark P. Wine
Mark P. Wine, #189897
2029 Century Park East, 38th Floor
Los Angeles, California 90067
(310) 788-5000

Attorneys for FOURSCORE RESOURCE CAPITAL, LLC and ROGER KNAUF

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **OPPENHEIMER WOLFF & DONNELLY LLP, 38th Floor, 2029 Century Park East, Los Angeles, CA 90067.**

On July 1, 1998, I caused to be served the attached document(s) entitled **FOURSCORE AND KNAUF'S AMENDED NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12 (b) F.R.C.P.** on the interested parties in the above action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ameriwest Enterprises
10 Crater Lake Avenue, Suite 21
Medford, Oregon 97504

William M. Evans
93 Nortridge Terrace, #50
Medford, Oregon 97501

Collins Financial Services Inc.
3532 Bee Caves Road
Austin, Texas 78746

Walter Collins
3532 Bee Caves Road
Austin, Texas 78746

Timothy H. Treadwell, Esq.
2100 First National Bank Building
401 West "A" Street
San Diego, CA 92101

[ X ]    **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[   ]    **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the addressee(s) listed above.

[ X ]    **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 1998, at Los Angeles, California.

*Judy Milens Millar*
Judy Milens Millar

-3-