USDC SCAN INDEX SHEET










CAG    7/16/99    10:33

3:98-CV-00885    SECURITY ASSETS V. AMERIWEST

*54*

*O.*

Timothy H. Treadwell   SB#63037
TREADWELL, MARR & SCHOTT
2100 First National Bank Building
401 West "A" Street
San Diego, California 92101
Telephone: (619) 595-4385

Attorneys for Plaintiff
SECURITY ASSETS CORP.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY ASSETS CREDIT CORP., a California Corporation and sometimes doing business as FDIC MANAGEMENT FUND 37.5M<br><br>Plaintiff,<br><br>v.<br><br>AMERIWEST ENTERPRISES, INC., an Oregon Corporation; WILLIAM M. EVANS, an individual; COLLINS FINANCIAL SERVICES, INC., a Texas Corporation; and FOURSCORE RESOURCE CAPITAL, a Minnesota Limited Liability Company; WALTER COLLINS, an individual; ROGER KNUFF, an individual<br><br>Defendants. | CASE NO. 98 CV 8855 (POR)<br><br>Order Dismissing Action |

PLAINTIFF SECURITY ASSETS CREDIT CORP., a California Corporation and sometimes doing business as FDIC MANAGEMENT FUND 37.5M hereby requests that the Court dismiss this matter against Defendants WILLIAM M. EVANS and AMERIWEST ENTERPRISES, INC, an Oregon Corporation, with prejudice.

ENTERED ON 7-16-99

1   On or about January 21, 1999 Plaintiff requested this Court to dismiss all other Defendants
2   by virtue of that certain Stipulation and Order Thereon, filed January 21, 1999 and attached hereto
3   as Exhibit A and by this reference made a part hereof. As a result of the same, Plaintiff has
4   determined there is no basis in continuing the present action and is desirous of requesting this Court
5   to Dismiss the remaining Defendants, with prejudice.

    Plaintff further requests this Court to stay the scheduled Pre Trial Conference Hearing,
    scheduled to be heard in the above entitled Court on July 19, 1999, at 10:30 a.m.

DATED: 7/13, 1999

TREADWELL, MARR & SCHOTT
Attorneys at Law

BY: _____
Timothy H. Treadwell, Esq.
Attorneys for Plaintiff

IT IS SO ORDERED

Dated: July 15, 1999

_____
Hon. Marilyn L. Huff

2